NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EXELA PHARMA SCIENCES, LLC,**

*Plaintiff-Appellee*

v.

**DR. REDDY'S LABORATORIES S.A.,**

*Defendant-Appellant*

---

2023-1026

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00365-MN, Judge Maryellen Noreika.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2 EXELA PHARMA SCIENCES, LLC v. DR. REDDY'S LABORATORIES
S.A.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 5, 2023
     Date                             /s/ Jarrett B. Perlow
                                           Jarrett B. Perlow
                                         Clerk of Court

**ISSUED AS A MANDATE:** October 5, 2023